1   DAVID CHIU, State Bar #189542
City Attorney
2   MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
3   CHRISTOPHER B. WHITMAN, State Bar #223636
Deputy City Attorney
4   Fox Plaza
1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
Telephone:    (415) 554-3913
6   Facsimile:    (415) 554-3837
Email:          chris.whitman@sfcityatty.org
7
8   Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12   MICHAEL KLIMENT as co-successor-in          Case No. 4:20-cv-03257-YGR
     interest for Decedent, CHRISTOPHER PAUL
13   KLIMENT; LINDA KLIMENT as co-              **JOINT NOTICE OF CONDITIONAL
     successor-in-interest for Decedent,        SETTLEMENT BETWEEN PLAINTIFFS AND
14   CHRISTOPHER PAUL KLIMENT,                   DEFENDANT; STIPULATION AND
                                                 [PROPOSED] ORDER VACATING TRIAL
15           Plaintiffs,                         DATE**

16           vs.

17   CITY AND COUNTY OF SAN                      Date Action Filed:   May 13, 2020
     FRANCISCO, a municipal corporation; and    Trial Date:          November 7, 2022
18   DOES 1-50, inclusive, individually, jointly and
     severally,
19
             Defendants.
20

21

22   TO THE COURT AND ALL PARTIES IN THIS ACTION:

23           PLEASE TAKE NOTICE that the parties, Plaintiffs MICHAEL KLIMENT as co-successor-in

24   interest for Decedent, CHRISTOPHER PAUL KLIMENT and LINDA KLIMENT as co-successor-in-

25   interest for Decedent, CHRISTOPHER PAUL KLIMENT ("Plaintiffs"), by and through their attorney

26   of record James Cook, Esq., and Defendant CITY AND COUNTY OF SAN FRANCISCO

27   ("Defendant"), by and through its attorney of record, Deputy City Attorney Christopher B. Whitman

28   (collectively, the "Parties"), have tentatively reached agreement on the terms of settlement of this

action.  The proposed settlement is subject to the approval of the Board of Supervisors of the City and County of San Francisco.  Defendant's counsel – the San Francisco City Attorney's Office – will present the proposed settlement for approval at the next available meeting.  The City Attorney's Office will recommend approval of the proposed settlement.

## STIPULATION

WHEREAS, on or about December 1, 2021, the Parties tentatively reached agreement on the terms of settlement of this action; and

WHEREAS, the current trial date is November 7, 2022; and

WHEREAS, the City needs additional time to request that the Board of Supervisors approve the proposed settlement, and to receive such approval.

The Parties concur that good cause exists to vacate the trial date for the purpose of finalizing the settlement.

IT IS SO STIPULATED

DATE:  December 2, 2021

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
Deputy City Attorney

By: */s/ Christopher B. Whitman*
CHRISTOPHER B. WHITMAN

Attorneys for Defendants
CITY AND COUNTY OF SAN

DATE:  December 2, 2021

LAW OFFICE OF JOHN L.  BURRIS

By: */s/ James Cook*
JAMES COOK, ESQ.

Attorneys for Plaintiffs

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE:  December 2, 2021

By: */s/ Christopher B. Whitman*
CHRISTOPHER B. WHITMAN

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the trial date in the instant action is vacated.

IT IS SO ORDERED.

DATE:

HON. YVONNE GONZALEZ ROGERS
United States District Judge