**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs
MICHAEL KLIMENT
LINDA KLIMENT

CHRISTOPHER B. WHITMAN, SBN 223636
Deputy City Attorney
**OFFICE OF CITY ATTORNEY DAVID CHIU**
1390 Market Street, 6th Floor
San Francisco, CA 94102
Telephone: (415) 554-4240
Facsimile: (415) 554-5837
Email: chris.whitman@sfcityatty.org

Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLIMENT, as co-successor-in-interest for Decedent, CHRISTOPHER PAUL KLIMENT; and LINDA KLIMENT, as co-successor-in-interest for Decedent, CHRISTOPHER PAUL KLIMENT, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT in | CASE NO.: 4:20-cv-03257-YGR <br><br> **JOINT STATUS REPORT** <br><br> **Conference Date**: March 4, 2022 <br> **Time:** 9:01 A.M. <br> **Location**: Zoom <br><br> **Judge:** Hon. Yvonne G. Rogers |

his individual and official capacity as CHIEF OF SAN FRANCISCO POLICE DEPARTMENT; and DOES 1-50, inclusive, individually, jointly and severally,

                   Defendants.

Pursuant to the Court's Status Order on December 3, 2021 at Docket No. 40, the parties submit the following Joint Status Report:

On December 1, 2021, the parties attended a settlement conference, during which the parties reached a settlement agreement. On December 21, 2021, counsels for the parties met and conferred to finalize the terms of the settlement. Defendants are in the process of obtaining the necessary approvals for the settlement. As of February 25, 2022, Plaintiffs have not received payment from Defendants.

Dated:  February 25, 2022          **THE LAW OFFICES OF JOHN L. BURRIS**

                                           /s/ *James Cook*
                                           Ben Nisenbaum, Esq.
                                           James Cook, Esq.
                                           Attorneys for Plaintiffs
                                           MICHAEL KLIMENT
                                           LINDA KLIMENT

Dated:  February 25, 2022          **OFFICE OF THE CITY ATTORNEY**

                                           /s/ *Christopher B. Whitman*
                                           Christopher B. Whitman
                                           Deputy City Attorney
                                           Attorney for Defendants
                                           CITY AND COUNTY OF SAN FRANCISCO, et al.

                                ATTESTATION CLAUSE

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  February 25, 2022              **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
MICHAEL KLIMENT
LINDA KLIMENT