UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KLIMENT, as co-successor-in-interest for Decedent, CHRISTOPHER PAUL KLIMENT; and LINDA KLIMENT, as co-successor-in-interest for Decedent, CHRISTOPHER PAUL KLIMENT,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corp.; WILLIAM SCOTT in his individual capacity as CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, AND DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　Defendants. | Case No.:   4:20-CV-03257-YGR<br><br>ORDER CONDITIONALLY DISMISSING CASE |

The parties have advised the Court that they have agreed to settlement. Based thereon, the matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are vacated. It is further ordered that if any party certifies to the Court, with proper notice to all other parties, within forty-five (45) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

IT IS SO ORDERED.

Dated: **August 29, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE